CRIMINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT

AUG 0 6 2013

FOR THE NORTHERN DISTRICT OF GEORGIA

JAMES N. HATTEN, Clerk

ATLANTA DIVISION

By: _____ Deputy Clerk

UNITED STATES OF AMERICA          :
                                  :    CRIMINAL INDICTMENT
          v.                      :
                                  :    NO.
GUSTAVO ANDRES PEREZ              :
aka Gustavo Perez,                :
aka Ocampo Gustavo Perez and     :    1 13-CR- 308
MARIO H. JARAMILLO               :

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Conspiracy)

1.    Beginning on a date unknown and continuing until on or
about April 12, 2012, in the Northern District of Georgia and
elsewhere, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez,
aka Ocampo Gustavo Perez, MARIO H. JARAMILLO and others unknown to
the grand jury, did knowingly, combine, conspire, confederate and
agree to commit the following offenses against the United States,
that is:

     a.    to knowingly and with intent to defraud possess fifteen
           or more unauthorized access devices, affecting interstate
           commerce thereby, in violation of Title 18, United States
           Code, Section 1029(a)(3); and

     b.    to knowingly and with intent to defraud traffic in and
           use unauthorized access devices during any one-year
           period, and by such conduct obtain things of value
           aggregating at least $1,000 during that period, affecting

interstate commerce thereby, in violation of Title 18, United States Code, Section 1029(a)(2).

### PURPOSE OF THE CONSPIRACY

2. The purpose of the conspiracy was to fraudulently obtain money from financial institutions.

### MANNER AND MEANS OF THE CONSPIRACY

3. It was part of the conspiracy that defendants and persons unknown to the grand jury, fraudulently obtained personal identification and financial information from victims which could be used to fraudulently obtain money from financial institutions.

### OVERT ACTS

4. In furtherance of the above alleged conspiracy and to effect the purpose thereof, the following overt acts were committed and caused to be committed by defendants in the Northern District of Georgia and elsewhere:

(a) On or about March 22, 2012, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others unknown to the Grand Jury, unlawfully withdrew United States currency using card number xxxxxxxxxxxx9015 issued by Desjardins Bank;

(b) On or about March 26, 2012, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others

2

unknown to the Grand Jury, unlawfully withdrew United States currency using card number xxxxxxxxxxxx7662 issued by Citibank to R.H.;

(c)   On or about March 26, 2012, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others unknown to the Grand Jury, unlawfully withdrew United States currency using card number xxxxxxxxxxxx1746 issued by USAA Federal Savings Bank to L.D.;

(d)   On or about April 4, 2012, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others unknown to the Grand Jury, withdrew United States currency using card number xxxxxxxxxxxx1618 issued by Lloyds TSB Bank;

(e)   On or about April 11, 2012, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others unknown to the Grand Jury, withdrew United States currency using card number xxxxxxxxxxxx8367 issued by Boeing Employees Credit Union;

(f)   On or about April 11, 2012, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others unknown to the Grand Jury, unlawfully withdrew United States currency using card number xxxxxxxxxxxx6257 issued by Vantage West

3

Credit Union to M.O.

(g)  On April 12, 2012, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others unknown to the Grand Jury, possessed over one thousand gift cards that were coded with debit and credit card account numbers.

All in violation of Title 18, United States Code, Section 371.

### COUNT TWO
### (Access Device Fraud)

5.    The grand jury realleges and incorporates the factual allegations made in paragraph four above, as if  the same were fully set forth herein.

6.    Beginning on a date unknown and continuing until on or about April 12, 2012, in the Northern District of Georgia and elsewhere, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others unknown to the Grand Jury, knowingly and with intent to defraud, possessed fifteen or more unauthorized access devices, namely, debit and credit card numbers that were lost, stolen, and obtained with intent to defraud, which could be used, alone and in conjunction with another access device, to obtain money, goods, services, and other things of value, and could be used to initiate a transfer of funds, said activity affecting interstate commerce, in violation of Title 18, United States Code,

4

Sections 1029(a)(3) and 2.

### COUNT THREE
(Access Device Fraud)

7.    The grand jury realleges and incorporates the factual allegations made in paragraphs four above, as if the same were fully set forth herein.

8.    Beginning on a date unknown and continuing until on or about April 12, 2012, in the Northern District of Georgia and elsewhere, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others unknown to the Grand Jury, knowingly and with intent to defraud, trafficked in and used one or more unauthorized access devices, namely, debit and credit card numbers that were lost, stolen, and obtained with intent to defraud, which could be used, alone and in conjunction with another access device, to obtain money, goods, services and other things of value and by such conduct obtained things of value aggregating $1,000 or more during that period, said activity affecting interstate commerce in violation of Title 18, United States Code Sections 1029(a)(2) and 2.

### COUNTS FOUR THROUGH SEVEN
(Aggravated Identity Theft)

9.    The grand jury realleges and incorporates the factual allegations made in paragraphs four above, as if the same were fully set forth herein.

5

10.  On or about the dates listed below, in the Northern District of Georgia and elsewhere, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO, aided and abetted by each other and others unknown to the Grand Jury, knowingly possessed, transferred and used and caused to be possessed, transferred and used, without lawful authority, a means of identification of another person, that is, the stolen credit and debit card numbers and other means of identification of the following true account holders, in relation to the conspiracy to commit access device fraud, as set forth in Count One of this Indictment:

| Count | Date | Account Number and Financial Institution | True Account Holder's Initials |
|-------|------|------------------------------------------|-------------------------------|
| 4 | 3/26/2012 | x7662 Citibank, N.A. | R.H. |
| 5 | 3/26/2012 | x1746 USAA Fed'l Savings Bank | L.D. |
| 6 | 4/11/2012 | x6257 Vantage West Credit Union | M.O. |
| 7 | 4/12/2012 | x6257 Vantage West Credit Union | M.O. |

All in violation of Title 18, United States Code, Sections 1028A and 2.

## FORFEITURE PROVISION

Upon conviction of offenses in violation of Title 18, United States Code, Section 1029, set forth in Counts One, Two and Three of the Indictment, the defendants, GUSTAVO ANDRES PEREZ aka Gustavo Perez, aka Ocampo Gustavo Perez and MARIO H. JARAMILLO shall forfeit to the United States of America:

    (a)    pursuant to Title 18, United States Code, Sections 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s); and

    (b)    pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses.

If any of the property described above, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p),

7

as incorporated by Title 18, United States Code, Sections

982 (b) (1) and 1029 (c) (2), and Title 28, United States

Code, Section 2461(c).

A _____ TRUE _____ BILL

FOREPERSON


SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

JEFFREY A. BROWN
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6064
Georgia Bar No. 088131

8