# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cr-00308-WSD-RGV
### USA v. Perez et al
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 10/30/2014.

TIME COURT COMMENCED: 11:25 A.M.
TIME COURT CONCLUDED: 12:20 P.M.    COURT REPORTER: Nick Marrone
TIME IN COURT: 00:55    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Gustavo Andres Perez Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brickman representing Gustavo Andres Perez<br>Jeffrey Brown representing USA<br>Ricardo Hermida representing Gustavo Andres Perez |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Change of Plea Hearing held. Defendant entered a plea of guilty to Counts One and Six of the Indictment. Order modifying conditions of release to follow. |
| HEARING STATUS: | Hearing Concluded |