# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                         Case No.   1:13-cr-308-WSD-1

**GUSTAVO ANDRES PEREZ**

**Defendant's Attorney**
**Ricardo Hermida and Jeff Brickman**

---

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Counts 1 and 6 of the Indictment.

Accordingly, the defendant is adjudged guilty of such counts which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 USC § 371 | Conspiracy to Commit Access Device Fraud | 1 |
| 18 USC § 1028A and 2 | Aggravated Identity Theft | 6 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 2, 3, 4, 5 and 7 dismissed on the motion of the United States.

It is ordered that the defendant shall pay the special assessment of **$200.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.        XXX-XX-8706        Date of Imposition of Sentence: February 12, 2015
Defendant's Date of Birth:        1983
Defendant's Mailing Address:
Miami, Florida

Signed this the 13th day of February, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **THIRTY (30) MONTHS as to Count One and TWENTY-FOUR (24) MONTHS as to Count Six to be served CONSECUTIVELY for a total term of incarceration of FIFTY-FOUR (54) MONTHS**.

Restitution is due and payable immediately. The defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. If restitution is not paid in full at the time of the defendant's release, payment shall become a condition of supervised release to be paid at a monthly rate of at least $150.00, plus 25% of gross income in excess of $2,300.00 per month. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Upon completion of the term of imprisonment, and release from the custody of the Bureau of Prisons, the defendant is remanded to Immigration Customs Enforcement for appropriate removal proceedings from the United States pursuant to 18 U.S.C. § 3583(d) and in accordance with the Immigration and Nationality Act. The defendant shall not reenter the United States unless he applies for and receives permission from the Secretary of Homeland Security or the Attorney General to legally enter the United States.

The Defendant shall surrender to the United States Marshal Service, Southern District of Florida, Miami Division at Noon on February 23, 2015.

The Court recommends the defendant be incarcerated in or as close as possible to Miami, Florida.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By: _____

Deputy U. S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS as to Count One and ONE (1) YEAR as to Count Six, to be served CONCURRENTLY, for a total term of THREE (3) YEARS supervised release.**

If not immediately deported, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. If deported, the defendant shall notify, in writing and within ten (10) calendar days, the United States Probation Office in the Northern District of Georgia of his current address in the country to which he is deported and any later change in residence address. Failure to do so will constitute a violation of his supervised release.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

## SPECIAL CONDITIONS

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter as directed by the probation officer.

Pursuant to 42 U.S.C. § 14135a(d)(1) and 10 U.S.C. § 1565(d), which require mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the Probation Officer.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device as those terms are defined in 18 U.S.C. § 921.

The defendant shall submit to a search of his person, property (real, personal, or rental), residence, office, and or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of probation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition:

1.     The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.     The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.     The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.     The defendant shall support his or her dependents and meet other family responsibilities;

5.     The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.     The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7.     The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8.     The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.     The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10.    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11.    The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12.    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13.    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**FINE**

The Court waives the fine and cost of incarceration.

**RESTITUTION**

The defendant shall make total restitution of **$23,221.88**, jointly and severally with co-defendant Mario H. Jaramillo, to the following entities in the following amounts:

| <u>Name of Payee</u> | <u>Amount of Restitution</u> |
|---|---|
| Barclays Bank PLC<br>Fraud Investigation<br>Barclaycard Fraud Operations<br>1234 Pavilion Drive<br>Northampton, UK<br>NN4 7SG | $866.67 |
| Banco de Galicia y Buenos Aires, S.A.<br>Fraud Investigation<br>Visa Argentina S.A.<br>Avenida Corrientes 1437<br>Piso 10<br>Buenos Aires, Argentina  1042 | $320.00 |
| La Federation Des Caisses Desjardins du Quebec<br>Fraud Investigation: VISA Desjardins<br>425, Avenue Viger Ouest<br>Montreal, Quebec<br>Canada  H2Z1W5 | $12,455.21 |
| Citibank, N.A.<br>One Court Square<br>Long Island City, NY  11120 | $1,600.00 |
| Bank of Scotland PLC<br>Fraud Investigation<br>HBOS Card Services<br>Pitreavie Business Park | $200.00 |
| Teller A.S.<br>Lautrupbjerg10<br>P.O. Box 500<br>Ballerup 2750, Denmark | $20.00 |
| National Australia Bank Limited<br>Level 6<br>120 Spencer St.<br>Melbourne, Victoria, Australia  3000 | $20.00 |
| Bayerische Landesbank<br>Fraud Investigation<br>Bayern Card-Services GmbH<br>Tuerkenstrasse 9<br>Munich, Germany  80333 | $80.00 |
| Poste Italiane S.P.A. (Banco Posta)<br>Fraud Investigation<br>Viale, Europa, 175<br>Roma, Italy  00144 | $20.00 |

Banco do Brasil S.A.                              $620.00
SBS – Q-1 Bl. A, Lote 31
Ed Sede I-8 Andar
Brasilia, Brazil  70073-900

Banco Industrial Guatemala, S.A.                  $320.00
Fraud Investigation
Contecnica, S.A. Via 6
6-60, Zona 4
Guatemala, Guatemala  01004

Lloyds TSB Bank PLC                               $800.00
Fraud Investigation
Card Services
Pitreavie Business Park
Queensferry Road
Dunfermline, England
United Kingdom  Ky99 4BS

Banco Agricola SA                                 $720.00
Blvd. Constitucion 100
San Salvador, El Salvador

HSBC Mexico SA                                    $360.00
Institucion de Banca Multiple, G
Fraud Investigation
Reforma 347, Ofc 5
Col. Cuauhtemoc
Mexico, D.F., Mexico  06500

HSBC Bank PLC                                     $40.00
Fraud Investigation
Card Operations
120 Edmund Street
Birmingham, United Kingdom  B2 3QZ

PNC Bank                                          $480.00
(Charles Schwaab & Co.)
211 Main St.
Attn: Walter Lintas
San Francisco, CA  94105

TD Bank, National Association                     $700.00
Fraud Investigation
BankCard Services
PO Box 31535
Tampa, FL  33631

National Westminster Bank PLC                     $420.00
Fraud Investigation
The Royal Bank of Scotland PLC
Security and Fraud Operations, 2nd Floor
Thanet Grange, Nestuda Way
Westcliff-on-Sea
Essex, England
United Kingdom  SS0 0EJ Es

The Co-Operative Bank PLC                    $20.00
Fraud Investigation
Fraud Operations
PO Box 300
Delf House
Skelmersdale, Lancs, England
United Kingdom  WN8 6NY

Allied Irish Banks, PLC                      $20.00
Fraud Investigation
AIB Bank Card Issuing
Unit 33, Sandyford Business Centre
Blackthorn Road, Sandyford
Dublin, Ireland, Repbublic of   18

Kiwibank Ltd                                 $20.00
Fraud Investigation
Level 12 Radio NZ House
155 The Terrace
Wellington, New Zealand 5065

Europay Belgium S.C.R.L.                     $720.00
Chaussee De Haecht, 1426
Haachtsesteenweg, 1426
Brussels 1130, Belgium

U.S. Bank National Association               $500.00
Fraud Investigation
PO Box 6355
Fraud Prevention
Fargo, ND  58125-6355

Vantage West Credit Union                    $500.00
Fraud Investigation
Vantage West Credit Union
2480 N. Arcadia Ave.
Tucson, AZ  85712

Boeing Employees Credit Union                $1,400.00
12770 Gateway Drive
Tukwila, WA  98168