AO 243 (Rev. 01/15) Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | **Northern** | District | **of Georgia** |
|---|---|---|---|

Name (under which you were convicted): **Gustavo Andres Perez**
Docket or Case No.: **1:13-CR-308-WSD-1**

Place of Confinement: **McRae Correctional Facility**
Prisoner No.: **03840-104**

UNITED STATES OF AMERICA
v.
Movant (include name under which convicted): **Gustavo Andres Perez**

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
**U.S District Court for the Northern District of Georgia U.S. Courthouse, 75 Spring Street, SW, Room 2211 Atlanta, GA 30303-3309**

   (b) Criminal docket or case number (if you know): **1:13-CR-308-WSD-1**

2. (a) Date of the judgment of conviction (if you know): **August 6, 2013**

   (b) Date of sentencing: **February 12, 2015**

3. Length of sentence: **54 months**

4. Nature of crime (all counts):
**18:371 Conspiracy to commit access Device fraud
18:1028A and 2 Aggravated Identity theft**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?
**I plead guilty to conspiracy to commit access device fraud and 2 aggravated identity theft.**

6. If you went to trial, what kind of trial did you have? (Check one) **N/A**   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): N/A
   (c) Result: N/A
   (d) Date of result (if you know): N/A
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised:

   N/A

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): N/A
   (2) Result: N/A

   (3) Date of result (if you know): N/A
   (4) Citation to the case (if you know): N/A
   (5) Grounds raised:

   N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A

        (4) Nature of the proceeding: N/A
        (5) Grounds raised: N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☑
    (7) Result: N/A
    (8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: N/A
    (2) Docket of case number (if you know): N/A
    (3) Date of filing (if you know): N/A
    (4) Nature of the proceeding: N/A
    (5) Grounds raised:

N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☑
    (7) Result: N/A
    (8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐    No ☑
    (2) Second petition: Yes ☐    No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** _See Attached Page_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_See Attached Page_

(b) **Direct Appeal of Ground One:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☑
    (2) If you did not raise this issue in your direct appeal, explain why:

_N/A_

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☑
    (2) If you answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: _N/A_
    Name and location of the court where the motion or petition was filed: _N/A_
    Docket or case number (if you know): _N/A_
    Date of the court's decision: _N/A_
    Result (attach a copy of the court's opinion or order, if available):

_N/A_

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☑
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☑
    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☑

**GROUND ONE:** Ineffective assistance of counsel by my attorney, Ricardo Hermida.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1. My attorney did not stress my minor participation in the seizure sufficiently so that I would be responsible for a lesser charge and receive a lesser sentence.

2. From the beginning, my attorney did not assist me to the best of his ability because he did not attempt to negotiate my case with the U.S. Attorney.

3. My attorney failed to arrange several meetings with the U.S. Attorney and the United States Secret Service before my sentencing to discuss my case.

4. My co-defendant, Mario Jaramillo, was sentenced to 48 months and I was sentenced to 54 months for the same role.

5. There was a lot of miscommunication because most of the time, I did not speak directly with the U.S. Attorney or the United States Secret Service agents. As a result, whatever I told my attorney was not properly conveyed to them.

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND TWO:** See Attached Page

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attached Page

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

**GROUND TWO:** I cooperated and provided detailed information about my case to the U.S. Attorney and the United States Secret Service but this information was not used at all at my sentencing.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1. My attorney, Ricardo Hermida, failed to demonstrate that my cooperation in the case involved three other people:

(a) Victor Julian Patino was in charge of encoding the debit or credit card numbers into the magnetic strips on the gift cards;

(b) Rixon Rafael Moreno Oropeza was in charge of adquiring the information on debit and credit card numbers, and I met him through Victor Julian Patino;

(c) Mario Jaramillo, co-defendant, was my accomplice.

2. My cooperation in the case was sufficient to make other arrests.

3. When I was traveling back and forth from Miami to Georgia to go to Court, I provided information to the Drug Enforcement Agency (DEA) about a fugitive Orlando Sanchez, an old acquaintance, about his whereabouts. However, my attorney, Ricardo Hermida, did not use my cooperation with the United States Secret Service to request a sentence reduction.

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed:
_N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):
_N/A_

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐ No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
_N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):
_N/A_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_N/A_

**GROUND THREE:** _N/A_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_N/A_

_____N/A_____

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why:

_____N/A_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☑

   (2) If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____N/A_____

   Name and location of the court where the motion or petition was filed:
   _____N/A_____

   Docket or case number (if you know): _____N/A_____
   Date of the court's decision: _____N/A_____

   Result (attach a copy of the court's opinion or order, if available):

   _____N/A_____

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐   No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐   No ☑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:
   _____N/A_____

   Docket or case number (if you know): _____N/A_____
   Date of the court's decision: _____N/A_____

   Result (attach a copy of the court's opinion or order, if available):

   _____N/A_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐  No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐  No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: N/A
   Name and location of the court where the motion or petition was filed: N/A
   Docket or case number (if you know): N/A
   Date of the court's decision: N/A
   Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:
    Ricardo Hermida

    (b) At the arraignment and plea:
    Ricardo Hermida

    (c) At the trial:

    (d) At sentencing:
    Ricardo Hermida

    (e) On appeal:

    (f) In any post-conviction proceeding:
    Pro se

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    N/A

    (b) Give the date the other sentence was imposed: N/A
    (c) Give the length of the other sentence: N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

___Sentence reduction of 24 months._____
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____5/11/2016_____.
(month, date, year)

Executed (signed) on _____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.